720 A.2d 335

IN THE MATTER OF ROBERT P. GORMAN,
AN ATTORNEY AT LAW.

November 18, 1998.

**CORRECTED ORDER**

The Disciplinary Review Board on August 11, 1998, having filed with the Court its decision concluding that **ROBERT P. GORMAN** of **PRINCETON,** who was admitted to the bar of this State in 1960, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect); *RPC* 1.1(b) (pattern of neglect); *RPC* 1.3 (lack of diligence); *RPC* 1.4(a) (failure to communicate with a client); and *RPC* 8.1(b) (failure to cooperate with ethics authorities); and good cause appearing;

It is ORDERED that **ROBERT P. GORMAN** is suspended from the practice of law for a period of three months and until further Order of the Court, effective December 14, 1998; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.